```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

           NOV - 3 2010

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-309-JCM (PAL) |
| ) | |
| GERGANA HRISTOVA, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 3, 2010, defendant GERGANA HRISTOVA pled guilty to a Two-Count Criminal Indictment charging her in Count One with Trafficking In, Production and Use of Counterfeit Access Devices in violation of Title 18, United States Code, Section 1029(a)(1) and in Count Two with Fraudulent Transactions with Access Devices Issued to Other Persons in violation of Title 18, United States Code, Section 1029(a)(5) and (b)(1).

This Court finds defendant GERGANA HRISTOVA agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant GERGANA HRISTOVA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1)(C) and Title 18, United States Code, Section 982(a)(2)(B):

. . .

1         i.      counterfeit credit card bearing the re-encoded magnetic information for a Citibank Mastercard account number ending in X-7911; and

~~ii.      an *in personam* criminal forfeiture money judgment of $1,000.00 in United States Currency.~~

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of GERGANA HRISTOVA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    LUCAS FOLETTA
    Assistant United States Attorney
    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 3rd day of Nov, 2010.

UNITED STATES DISTRICT JUDGE