FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:08-CR-309-JCM (PAL)
)
GERGANA HRISTOVA, )
)
Defendant. )

## FINAL ORDER OF FORFEITURE

On November 4, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1029(c)(1)(C) and Title 18, United States Code, Section 982(a)(2)(B), based upon the plea of guilty by defendant GERGANA HRISTOVA to the criminal offenses, forfeiting specific property alleged in the Indictment, namely a Counterfeit credit card bearing the re-encoded magnetic information for a Citibank MasterCard account number ending in X-7911, but denying an *in personam* criminal forfeiture money judgment of $1,000.00 in United States Currency, and shown by the United States to have a requisite nexus to the offense to which defendant GERGANA HRISTOVA pled guilty. #93.

At the defendant's change of plea hearing, presided over by this Court on November 3, 2010, the United States presented this Court with a Preliminary Order of Forfeiture regarding the assets identified in the forfeiture allegations of the defendant's Indictment. During that hearing, this Court modified the Preliminary Order of Forfeiture by striking the money judgment in the amount of

$1,000.00; thereby permitting the forfeiture of the other item (a counterfeit credit card) identified in that Preliminary Order of Forfeiture. #93. Subsequently, on January 24, 2011, this Court issued an order vacating the Preliminary Order of Forfeiture that it signed on November 3, 2010. #112.

On January 18, 2011, the United States submitted electronically a proposed Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2). #109. This proposed Order of Forfeiture was served on counsel for the defendant on January 18, 2011. #109. No objection to the entry of the Order of Forfeiture was filed. Pursuant to the Plea Memorandum, Gergana Hristova agreed to the criminal forfeiture money judgment of $1,000.00 in United States Currency. #92.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 6, 2010, through December 5, 2010, further notifying all known third parties of their right to petition the Court. #98.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1029(c)(1)(C) and Title 18, United States Code, Section 982(a)(2)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    counterfeit credit card bearing the re-encoded magnetic information for a Citibank MasterCard account number ending in X-7911; and

. . .



b. ~~an in personam~~ forfeiture money judgment of $1,000.00 in United States ~~Currency.~~

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 23rd day of Aug., 2011.

_____
UNITED STATES DISTRICT JUDGE

3