**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-309-JCM (PAL) |
| ) | |
| GERGANA HRISTOVA, ) | |
| ) | |
| Defendant. ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On November 4, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1029(c)(1)(C); and Title 18, United States Code, Section 982(a)(2)(B), based upon the plea of guilty by defendant GERGANA HRISTOVA to the criminal offenses, forfeiting specific property alleged in the Indictment, namely Counterfeit credit card bearing the re-encoded magnetic information for a Citibank MasterCard account number ending in X-7911, but denying an *in personam* criminal forfeiture money judgment of $1,000.00 in United States Currency, and shown by the United States to have a requisite nexus to the offense to which defendant GERGANA HRISTOVA pled guilty. Docket #1, #91, #92, #93.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 6, 2010, through December 5, 2010, further notifying all known third parties of their right to petition the Court. #98.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 1029(c)(1)(C); and Title 18, United States Code,
9  Section 982(a)(2)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
10 according to law:

11  a.  counterfeit credit card bearing the re-encoded magnetic information for a
12      Citibank MasterCard account number ending in X-7911; and
13  b.  an *in personam* forfeiture money judgment of $1,000.00 in United States
14      Currency.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
17  any income derived as a result of the United States of America's management of any property forfeited
18  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20  certified copies to the United States Attorney's Office.

21  DATED February 15, 2012.

22
23                                           _____
                                             UNITED STATES DISTRICT JUDGE
24
25
26

2

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on February 13, 2012 by the below identified method of service:

<u>Electronic Filing</u>

Michael W. Sanft
Sanft Law
520 South Fourth Stree
Las Vegas, NV 89101
sanftlawgroup@mac.com
*Counsel for Arytom Matevosyan*

Jonathan Powell
Patti, Sgro, & Lewis
720 South Seventh Street, Third Floor
Las Vegas, NV 89101
jpowell.law@gmail.com
*Counsel for Mikayel Akopyan*

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
*Counsel for Gergana Hristova*

<u>/s/ HeidiSkillin</u>
HEIDI SKILLIN
Forfeiture Support Associate Clerk